# UNITED STATES DISTRICT COURT

for the

Northern District of Texas ☑

| | |
|---|---|
| Dr. Pamela Grayson<br><br>*Plaintiff*<br>v.<br>United States National Guard<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.<br>)<br>)  3-22CV1119-M<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States National Guard
1013 Lakecrest Dr,
Grand Prairie, TX 75051

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dr. Pamela Grayson
5207 Grovewood Street
Dallas, Tx 75210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 0 2022

_____
Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Dr. Pamela Grayson

*Plaintiff*

v.

Bureau of Alcohol, Tobacco, Firearms, & Explosives

*Defendant*

Civil Action No.

**3-22CV1119-M**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bureau of Alcohol, Tobacco, Firearms, & Explosives
6000 Western Pl #400,
Fort Worth, TX 76107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Dr. Pamela Grayson
5207 Grovewood Street
Dallas, Tx 75210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 0 2022

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas ☑

Dr. Pamela Grayson )
　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　*Plaintiff*　　　　　　　　　 )
　　　　　　　　v.　　　　　　　　　　　　　 )　Civil Action No.
Department of Homeland Security 　　　 )
　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　*Defendant*　　　　　　　　　 )　**3-22CV1119-M**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Department of Homeland Security
1901 N Hwy 360,
Grand Prairie, TX 75050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　　　　Dr. Pamela Grayson
　　　　　5207 Grovewood Street
　　　　　Dallas, Tx 75210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __MAY 2 0 2022__　　　　　　　　　　　　　　__M. Spears__
　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

Dr. Pamela Grayson )
)
*Plaintiff* )
)
v. ) Civil Action No.
Federal Bureau of Investigation )
) **3-22CV1119-M**
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federal Bureau of Investigation
One, Justice Way,
Dallas, TX 75220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Pamela Grayson
5207 Grovewood Street
Dallas, Tx 75210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **MAY 2 0 2022**

M. Spears
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas ☑

| | |
|---|---|
| Dr. Pamela Grayson <br> *Plaintiff* <br> v. <br> Joint Terrorism Task Force <br> *Defendant* | Civil Action No. <br> **3-22CV1119-M** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Joint Terrorism Task Force
One, Justice Way,
Dallas, TX 75220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dr. Pamela Grayson
5207 Grovewood Street
Dallas, Tx 75210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 0 2022

*M. Spurs*
Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Dr. Pamela Grayson <br><br> *Plaintiff* <br><br> v. <br> Texas Department of Public Safety <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. **3-22CV1119-M** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Texas Department of Public Safety
5805 North Lamar Blvd
Austin, TX 78752-4431

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dr. Pamela Grayson
5207 Grovewood Street
Dallas, Tx 75210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 0 2022

*Signature of Clerk or Deputy Clerk* M. Spims

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| Dr. Pamela Grayson <br><br> *Plaintiff* <br><br> v. <br> Dallas County Sheriff's Office <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. <br><br> 3-22CV1119-M |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dallas County Sheriff's Office
133 N Riverfront Blvd #31,
Dallas, TX 75207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dr. Pamela Grayson
5207 Grovewood Street
Dallas, Tx 75210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 0 2022

M. Spears
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Dr. Pamela Grayson )
) 
*Plaintiff* )
)
v. ) Civil Action No.
Dallas City Marshal's Office )
) 3-22CV1119-M
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dallas City Marshal's Office
1600 Chestnut St,
Dallas, TX 75226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dr. Pamela Grayson
5207 Grovewood Street
Dallas, Tx 75210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 0 2022

Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas ☑

Dr. Pamela Grayson

*Plaintiff*

v.

Highland Park Police Department

*Defendant*

Civil Action No.

**3-22CV1119-M**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Highland Park Police Department
4700 Drexel Dr,
Dallas, TX 75205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Pamela Grayson
5207 Grovewood Street
Dallas, Tx 75210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 0 2022

M. Spears
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Dr. Pamela Grayson )
)
*Plaintiff* )
)
v. ) Civil Action No.
University Park Police Department )
) 3-22CV1119-M
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* University Park Police Department
3800 University Blvd,
Dallas, TX 75205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dr. Pamela Grayson
5207 Grovewood Street
Dallas, Tx 75210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 0 2022  _____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas ☑

Dr. Pamela Grayson

*Plaintiff*

v.

Allen Police Department

*Defendant*

Civil Action No.

**3-22CV1119-M**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Allen Police Department
205 W McDermott Dr,
Allen, TX 75013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Pamela Grayson
5207 Grovewood Street
Dallas, Tx 75210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 0 2022

M. Spears
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| Dr. Pamela Grayson<br><br>*Plaintiff*<br><br>v.<br>Garland Police Department<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.<br>)<br>)  3-22CV1119-M<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Garland Police Department
1891 Forest Ln, Garland, TX 75042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Pamela Grayson
5207 Grovewood Street
Dallas, Tx 75210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 0 2022

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas ▼

| | |
|---|---|
| Dr. Pamela Grayson <br><br> *Plaintiff* <br> v. <br> The Dallas Police Department <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. <br><br> **3-22CV1119-M** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dallas Police Department
1400 Botham Jean Blvd.
Dallas, Texas 75215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Pamela Grayson
5207 Grovewood Street
Dallas, Tx 75210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 0 2022

*M. Sxury*
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas ☑

| | | |
|---|---|---|
| Dr. Pamela Grayson | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| John Doe Officers 1 - 50 | ) ) ) | |
| *Defendant* | ) | **3-22CV1119-M** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Doe Officers 1 - 50
C/O Dallas Police Department
1400 Botham Jean Boulevard
Dallas, Tx 75215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Pamela Grayson
5207 Grovewood Street
Dallas, Tx 75210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 0 2022          M. Spews
                            *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

Dr. Pamela Grayson

*Plaintiff*

v.

The City of Dallas, Tx

*Defendant*

Civil Action No.

3-22CV1119-M

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The City of Dallas
1500 Marilla Street
Dallas, Tx 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Pamela Grayson
5207 Grovewood Street
Dallas, Tx 75210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 20 2022

M. Spears
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas ☒

Dr. Pamela Grayson

_Plaintiff_

v.

Victor Rocha

_Defendant_

Civil Action No. 3-22CV1119-M

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Victor Rocha
C/O Dallas Police Department
1400 Botham Jean Boulevard
Dallas, Tx 75215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dr. Pamela Grayson
5207 Grovewood Street
Dallas, Tx 75210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 0 2022

_Signature of Clerk or Deputy Clerk_

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas ▼

| | | |
|---|---|---|
| Dr. Pamela Grayson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Officer Joe Previtt | ) | |
| | ) | 3-22CV1119-M |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Joe Previtt
C/O Garland Police Department
1891 Forest Ln, Garland,
TX 75042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dr. Pamela Grayson
5207 Grovewood Street
Dallas, Tx 75210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 0 2022

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas ☑

| | |
|---|---|
| Dr. Pamela Grayson <br><br> *Plaintiff* <br><br> v. <br> Melvin Williams <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. <br><br> 3-22CV1119-M |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Melvin Williams
C/O Attorney Robert L. Rogers
12001 N. Central Expwy.
Ste. 650
Dallas, TX 75243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dr. Pamela Grayson
5207 Grovewood Street
Dallas, Tx 75210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 0 2022

_____
Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

Dr. Pamela Grayson

*Plaintiff*

v.

Ryan Mabry

*Defendant*

Civil Action No.

3-22CV1119-M

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Ryan Mabry
C/O Dallas Police Department
1400 Botham Jean Boulevard
Dallas, Tx 75215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Pamela Grayson
5207 Grovewood Street
Dallas, Tx 75210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 0 2022

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas ▼

Dr. Pamela Grayson )
)
*Plaintiff* )
)
v. ) Civil Action No.
Ulysha Renee Hall )
) 3-22CV1119-M
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ulysha Renee Hall
C/O Devin Q. Alexander
Dallas City Attorney's Office
1500 Marilla St., 7DN
Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dr. Pamela Grayson
5207 Grovewood Street
Dallas, Tx 75210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 2 0 2022

M. Spinns
*Signature of Clerk or Deputy Clerk*