IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAMELA GRAYSON, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:22-CV-1119-M-BK |
| | § | |
| DALLAS POLICE DEPARTMENT, ET AL., | § | |
| | § | |
|     DEFENDANTS. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Because Plaintiff's Amended Complaint does not rectify the infirmities noted by the Magistrate Judge, Plaintiff's claims against the City of Allen Police Department, University Park Police Department, Highland Park Police Department, Dallas County Sheriff's Office, Dallas Police Department, and Dallas City Marshal's Office are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** on this 28th day of February, 2023.

*Barbara M. G. Lynn*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE