IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PAMELA GRAYSON, § | |
| PLAINTIFF, § | |
| § | |
| v. § | CIVIL CASE NO. 3:22-CV-1119-M-BK |
| § | |
| DALLAS POLICE DEPARTMENT, ET AL., § | |
| DEFENDANTS. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, this case is DISMISSED WITH PREJUDICE as to (1) the Department of Homeland Security ("DHS"); (2) the Federal Bureau of Investigation ("FBI"); (3) the Joint Terrorism Task Force ("JTTF"); (4) the United States National Guard ("USNG"); (5) the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATFE"); (6) former Dallas Police Chief Ulysha Renee Hall; and (7) Officers Victor Rocha, Melvin Williams, and Ryan Mabry plus John Doe officers 1-50.

SO ORDERED this 28th day of June, 2023.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE