IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAMELA GRAYSON, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL CASE NO. 3:22-CV-1119-M-BK |
| | § | |
| DALLAS POLICE DEPARTMENT, ET AL., | § | |
|     DEFENDANTS. | § | |

## AMENDED NUNC PRO TUNC ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE[1]

The United States Magistrate Judge made findings, conclusions and recommendations in this case. ECF No. 88, 90. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendations for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendations of the United States Magistrate Judge. Accordingly, Plaintiff's claims against the Texas Department of Public Safety are **DISMISSED WITHOUT PREJUDICE**. Because Plaintiff's Amended Complaint does not rectify the infirmities noted by the Magistrate Judge, Plaintiff's claims against the City of Allen Police Department, University Park Police Department, Highland Park Police Department, Dallas County Sheriff's Office, Dallas Police Department, and Dallas City Marshal's Office are **DISMISSED WITH PREJUDICE**.

    **SO ORDERED**.

    January 4, 2024.

*[Signature]*
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] This Order replaces the Court's Order entered on February 28, 2023.