IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAMELA GRAYSON, | § | |
|   PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:22-CV- 1119-M-BK |
| | § | |
| CITY OF DALLAS, | § | |
|   DEFENDANT. | § | |

## ORDER

In light of the Findings, Conclusions and Recommendation of the United States Magistrate Judge recommending dismissal of this *pro se* case with prejudice, the case is administratively closed, pending the Court's final adjudication in the case of *Jordan v. City of Dallas*, 3:22-1173-M.

SO ORDERED this 18th day of March, 2024.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE